**FILING FEE PAID*    (Yes) ___ No

FILED
8/21/19 1:49 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

MINUTES OF CHAPTER 13 § 341 (a) MEETING OF CREDITORS
AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS

Case Name: __Young_____ JAD
Case Number: __19-70387__
Date of Meeting: __8__/__16__/__19__    Recording # __59__
Debtor(s) present __✓__ or Not Present ___ (___No Payments Made or___ partial payments)
Attorney for debtor(s) __Seitz_____ (Present __✓__ or Not Present ___)
Date of Plan at § 341: __6/27/19__ Applicable commitment period __✓__ 3 yrs ___ 5 yrs

__X__ Meeting HELD and CONCLUDED
_____ Meeting HELD but CONTINUED (not closed)
_____ Meeting NOT HELD          _____ Order to Show Cause Requested
                                 _____ To be rescheduled by Clerk

_____ Confirmation Order recommended _____ Final _____ Interim
_____ Amended Plan due: _____; Objections due: _____

_____ Trustee recommends dismissal of the case (Debtor consents)
_____ Trustee recommends dismissal of the case (Debtor does not consent)*
_____ Trustee recommends dismissal of the case (Debtor has no defense)
_____ Debtor requests dismissal of the case. Motion to be filed by the Debtor within 10 days
__X__ Continued to:
      _____ 341 Meeting OR __X__ Conciliation Conf. OR ___ *Contested Hearing
      On __10/3/19__ at __2:30__ am/pm Location __3350__

_____
Chapter 13 Trustee/Attorney for Trustee