**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | : |
| | : Case No. 19-70387-JAD |
| Brian K. Young and | : |
| Tonya R. Young, | : Chapter 13 |
|         Debtors | : |
| | : |

## **CERTIFICATE OF SERVICE OF LOCAL FORM NO. 12**

I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 4th day of February, 2020, a true and correct copy of the Order dated February 3, 2020, together with the above Husband-Debtor's Local Form No. 12 (with the complete social security number) by First-Class Mail. U.S. Postage paid on the Parties below:

> HARDWARE SPECIALTIES OF DUBOIS, LLC
> 3909 BEE LINE HIGHWAY
> DU BOIS, PA 15801
>
> BRIAN K. YOUNG
> TONYA R. YOUNG
> 1 HOPE STREET
> DU BOIS, PA 15801

Chapter 13 Trustee, Ronda J. Winnecour, Esquire will not be served per her request.

Executed on: <u>February 4, 2020</u>

Respectfully submitted,
/s/ Jessica L. Tighe
Jessica L. Tighe; Legal Asst.
Law Offices of Kenny P. Seitz
P. O. Box 211
Ligonier, PA  15658
(814) 536-7470