# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                               :
                                                     : Case No. 19-70387-JAD
    Brian K. Young and                           :
    Tonya R. Young,                              : Chapter 13
               Debtors              :
                                                     :

## **CERTIFICATE OF SERVICE OF LOCAL FORM NO. 12**

I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 12th day of July, 2021, a true and correct copy of the Order dated July 9, 2021, together with the above Husband-Debtor's Local Form No. 12 (with the complete social security number) by First-Class Mail.  U.S. Postage paid on the Parties below:

        HARDWARE SPECIALTIES OF DUBOIS, LLC
        3909 BEE LINE HIGHWAY
        DU BOIS, PA 15801

        BRIAN K. YOUNG
        TONYA R. YOUNG
        1 HOPE STREET
        DU BOIS, PA 15801

Chapter 13 Trustee, Ronda J. Winnecour, Esquire will not be served per her request.

Executed on: July 12, 2021

Respectfully submitted,
/s/ Jessica L. Tighe
Jessica L. Tighe; Legal Asst.
Law Offices of Kenny P. Seitz
P. O. Box 211
Ligonier, PA  15658
(814) 536-7470