**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

04/02/2024

IN RE:

BRIAN K YOUNG
TONYA R YOUNG
1 HOPE STREET
DUBOIS,  PA  15801
XXX-XX-7562            Debtor(s)

XXX-XX-4762

Case No.19-70387 JAD

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

    NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

    This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

    This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

    The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known .

In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

4/2/2024

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA  23541 | Trustee Claim Number: 1  INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  CARE CREDIT/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.:  8470 |
| **AIS PORTFOLIO SERVICES (AMERICAN INFO SC**<br>ATTN BANKRUPTCY NOTICING<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY, OK  73118 | Trustee Claim Number: 2  INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  CAP 1 AUTO/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **KML LAW GROUP PC** (FRMRLY BRIAN C. NICH**<br>C/O DENISE CARLON ESQ<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA  19106 | Trustee Claim Number: 3  INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  DITECH FNCL/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **BARCLAYS MORTGAGE TRUST 2021-NPL1 ET AL**<br>C/O GREGORY FUNDING LLC<br>PO BOX 742334<br>LOS ANGELES, CA  90074-2334 | Trustee Claim Number: 4  INT %: 0.00%<br>Court Claim Number: 10<br>CLAIM:  0.00<br>COMMENT:  CL10GOV W/PMT CHANGES*BGN 7/19*FR DITECH-D30*FR NEWREZ-D59 | CRED DESC:  MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.:  9697 |
| **APEX ASSET**<br>2501 OREGON PIKE STE 120<br>LANCASTER, PA  17601 | Trustee Claim Number: 5  INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  1839 |
| **APEX ASSET**<br>2501 OREGON PIKE STE 120<br>LANCASTER, PA  17601 | Trustee Claim Number: 6  INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  1505 |
| **APEX ASSET**<br>2501 OREGON PIKE STE 120<br>LANCASTER, PA  17601 | Trustee Claim Number: 7  INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  2689 |
| **APEX ASSET**<br>2501 OREGON PIKE STE 120<br>LANCASTER, PA  17601 | Trustee Claim Number: 8  INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  6400 |
| **APEX ASSET**<br>2501 OREGON PIKE STE 120<br>LANCASTER, PA  17601 | Trustee Claim Number: 9  INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  7657 |
| **APEX ASSET**<br>2501 OREGON PIKE STE 120<br>LANCASTER, PA  17601 | Trustee Claim Number: 10  INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0699 |

| Creditor | Address | Trustee Claim | Court Claim | Claim | Comment | Cred Desc | Account No. |
|---|---|---|---|---|---|---|---|
| **APEX ASSET** | 2501 OREGON PIKE STE 120, LANCASTER, PA 17601 | Trustee Claim Number: 11  INT %: 0.00% | Court Claim Number: | CLAIM: 0.00 | COMMENT: | CRED DESC: UNSECURED CREDITOR | ACCOUNT NO.: 8824 |
| **APEX ASSET** | 2501 OREGON PIKE STE 120, LANCASTER, PA 17601 | Trustee Claim Number: 12  INT %: 0.00% | Court Claim Number: | CLAIM: 0.00 | COMMENT: | CRED DESC: UNSECURED CREDITOR | ACCOUNT NO.: 1602 |
| **APEX ASSET** | 2501 OREGON PIKE STE 120, LANCASTER, PA 17601 | Trustee Claim Number: 13  INT %: 0.00% | Court Claim Number: | CLAIM: 0.00 | COMMENT: | CRED DESC: UNSECURED CREDITOR | ACCOUNT NO.: 1419 |
| **APEX ASSET** | 2501 OREGON PIKE STE 120, LANCASTER, PA 17601 | Trustee Claim Number: 14  INT %: 0.00% | Court Claim Number: | CLAIM: 0.00 | COMMENT: | CRED DESC: UNSECURED CREDITOR | ACCOUNT NO.: 4798 |
| **APEX ASSET** | 2501 OREGON PIKE STE 120, LANCASTER, PA 17601 | Trustee Claim Number: 15  INT %: 0.00% | Court Claim Number: | CLAIM: 0.00 | COMMENT: | CRED DESC: UNSECURED CREDITOR | ACCOUNT NO.: 2604 |
| **APEX ASSET** | 2501 OREGON PIKE STE 120, LANCASTER, PA 17601 | Trustee Claim Number: 16  INT %: 0.00% | Court Claim Number: | CLAIM: 0.00 | COMMENT: | CRED DESC: UNSECURED CREDITOR | ACCOUNT NO.: 7094 |
| **APEX ASSET** | 2501 OREGON PIKE STE 120, LANCASTER, PA 17601 | Trustee Claim Number: 17  INT %: 0.00% | Court Claim Number: | CLAIM: 0.00 | COMMENT: | CRED DESC: UNSECURED CREDITOR | ACCOUNT NO.: 0253 |
| **APEX ASSET** | 2501 OREGON PIKE STE 120, LANCASTER, PA 17601 | Trustee Claim Number: 18  INT %: 0.00% | Court Claim Number: | CLAIM: 0.00 | COMMENT: | CRED DESC: UNSECURED CREDITOR | ACCOUNT NO.: 4482 |
| **APEX ASSET** | 2501 OREGON PIKE STE 120, LANCASTER, PA 17601 | Trustee Claim Number: 19  INT %: 0.00% | Court Claim Number: | CLAIM: 0.00 | COMMENT: | CRED DESC: UNSECURED CREDITOR | ACCOUNT NO.: 6637 |
| **APEX ASSET** | 2501 OREGON PIKE STE 120, LANCASTER, PA 17601 | Trustee Claim Number: 20  INT %: 0.00% | Court Claim Number: | CLAIM: 0.00 | COMMENT: | CRED DESC: UNSECURED CREDITOR | ACCOUNT NO.: 1518 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **CAPITAL ONE AUTO FINANCE**<br>ATTN BANKRUPTCY PAYMENTS<br>PO BOX 260848*<br>PLANO, TX 75026-0848 | Trustee Claim Number:21 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: AUTO/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1001 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF**<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | Trustee Claim Number:22 INT %: 0.00%<br>Court Claim Number:4<br>CLAIM: 470.12<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7850 |
| **CBCS**<br>PO BOX 2724<br>COLUMBUS, OH 43216-2724 | Trustee Claim Number:23 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1261 |
| **CBCS**<br>PO BOX 2724<br>COLUMBUS, OH 43216-2724 | Trustee Claim Number:24 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1933 |
| **US DEPARTMENT OF EDUCATION**<br>C/O NELNET<br>PO BOX 2837<br>PORTLAND, OR 97208 | Trustee Claim Number:25 INT %: 0.00%<br>Court Claim Number:3<br>CLAIM: 58,193.38<br>COMMENT: 2765/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4762 |
| **US DEPARTMENT OF EDUCATION - NELNET**<br>PO BOX 82561<br>LINCOLN, NE 68501 | Trustee Claim Number:26 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: COMBINED @25 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2865 |
| **FIRST PREMIER BANK**<br>POB 5114<br>SIOUX FALLS, SD 57117 | Trustee Claim Number:27 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1095 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br>NORFOLK, VA 23541 | Trustee Claim Number:28 INT %: 0.00%<br>Court Claim Number:9<br>CLAIM: 594.40<br>COMMENT: CAPITAL ONE BANK*STALE~EMAIL DONE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5745 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br>NORFOLK, VA 23541 | Trustee Claim Number:29 INT %: 0.00%<br>Court Claim Number:7<br>CLAIM: 458.43<br>COMMENT: CAPITAL ONE BANK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2498 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br>NORFOLK, VA 23541 | Trustee Claim Number:30 INT %: 0.00%<br>Court Claim Number:8<br>CLAIM: 394.26<br>COMMENT: CAPITAL ONE BANK*STALE~EMAIL DONE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6998 |

| Creditor | Trustee Claim / Court Claim | Cred Desc / Account | Claim / Comment |
|---|---|---|---|
| **TBOM RETAIL**<br>PO BOX 4499<br>BEAVERTON, OR  97076 | Trustee Claim Number:31  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5224 | CLAIM: 0.00<br>COMMENT: NT ADR/SCH |
| **TBOM RETAIL**<br>PO BOX 4499<br>BEAVERTON, OR  97076 | Trustee Claim Number:32  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1277 | CLAIM: 0.00<br>COMMENT: NT ADR/SCH |
| **US DEPARTMENT OF EDUCATION**<br>PO BOX 2837<br>PORTLAND, OR  97208 | Trustee Claim Number:33  INT %: 0.00%<br>Court Claim Number:2-2 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7562 | CLAIM: 79,082.09<br>COMMENT: X7581/SCH*AMD |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC  29603-0587 | Trustee Claim Number:34  INT %: 0.00%<br>Court Claim Number:1 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7161 | CLAIM: 2,498.52<br>COMMENT: NT/SCH*SEARS NATIONAL BANK*STALE~EMAIL DONE |
| **BARCLAYS MORTGAGE TRUST 2021-NPL1 ET Al**<br>C/O GREGORY FUNDING LLC<br>PO BOX 742334<br>LOS ANGELES, CA  90074-2334 | Trustee Claim Number:35  INT %: 0.00%<br>Court Claim Number:10 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 9697 | CLAIM: 8,907.92<br>COMMENT: CL10GOV*3262/PL*THRU 6/19*FR DITECH-D30*FR NEW RESIDENTIAL-D59 |
| **VERIZON BY AMERICAN INFOSOURCE AS AGEN**<br>PO BOX 4457<br>HOUSTON, TX  77210-4457 | Trustee Claim Number:36  INT %: 0.00%<br>Court Claim Number:5 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0001 | CLAIM: 961.13<br>COMMENT: NT/SCH*LAST TRANSACTION 7/1/2019 |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC  29603-0587 | Trustee Claim Number:37  INT %: 0.00%<br>Court Claim Number:6 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8838 | CLAIM: 3,464.94<br>COMMENT: NT/SCH*BANK ONE*STALE~EMAIL DONE |
| **POWERS KIRN LLC**<br>8 NESHAMINY INTERPLEX STE 215<br>TREVOSE, PA  19053 | Trustee Claim Number:38  INT %: 0.00%<br>Court Claim Number: | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: | CLAIM: 0.00<br>COMMENT: BARCLAYS MORT/PRAE |