**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>  BRIAN K YOUNG<br>  TONYA R YOUNG<br>             Debtor(s)<br>  Ronda J. Winnecour, Trustee<br>   Movant<br>            vs.<br>  BRIAN K YOUNG<br>  TONYA R YOUNG<br><br>        Respondents | Case No.19-70387JAD<br><br>FILED<br>7/5/24 9:54 am<br>CLERK<br>U.S. BANKRUPTCY<br>COURT - WDPA<br><br>Chapter 13<br><br>Document No. 76 |

## ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this  5th  day of  July , 2024, it is hereby ORDERED, ADJUDGED, and DECREED that,

Penn Highlands Du Bois
Attn: Payroll
100 Hospital Ave
Du Bois, PA 15801

is hereby ordered to immediately terminate the attachment of the wages of TONYA R YOUNG, social security number XXX-XX-4762.  No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of TONYA R YOUNG.

BY THE COURT:

_____
jsf
UNITED STATES BANKRUPTCY JUDGE
JEFFERY A. DELLER

cc: Debtor(s)
    Debtor(s) Attorney

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-70387-JAD |
| Brian K Young | Chapter 13 |
| Tonya R Young | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 1 of 2 |
| Date Rcvd: Jul 05, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 07, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Brian K Young, Tonya R Young, 1 Hope Street, Du Bois, PA 15801-2107 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 07, 2024             Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 5, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | |
| | on behalf of Creditor Ditech Financial LLC dcarlon@kmllawgroup.com |
| Harry B. Reese | |
| | on behalf of Creditor BARCLAYS MORTGAGE TRUST 2021-NPL1 MORTGAGE-BACKED SECURITIES, SERIES 2021-NPL1, BY U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE bankruptcy@powerskirn.com |
| Jill Manuel-Coughlin | |
| | on behalf of Creditor BARCLAYS MORTGAGE TRUST 2021-NPL1 MORTGAGE-BACKED SECURITIES, SERIES 2021-NPL1, BY U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE bankruptcy@powerskirn.com |
| Karina Velter | |
| | on behalf of Creditor BARCLAYS MORTGAGE TRUST 2021-NPL1 MORTGAGE-BACKED SECURITIES, SERIES 2021-NPL1, BY U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE karina.velter@powerskirn.com, Kaitlyn.Pemper@powerskirn.com |
| Kenneth P. Seitz | |

District/off: 0315-7     User: auto     Page 2 of 2

Date Rcvd: Jul 05, 2024     Form ID: pdf900     Total Noticed: 1

on behalf of Joint Debtor Tonya R Young thedebterasers@aol.com

Kenneth P. Seitz

on behalf of Debtor Brian K Young thedebterasers@aol.com

Office of the United States Trustee

ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com

TOTAL: 8