**Form 408**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Brian K Young**
**dba BKY Remodeling Service**
**Tonya R Young**
    Debtor(s)

Bankruptcy Case No.: 19−70387−JAD

Chapter: 13
Docket No.: 81 − 80

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

**AND NOW,** this The 27th of August, 2024, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 10/21/24.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **10/29/24 at 10:00 AM in the Zoom Video Conference Application, https://www.zoomgov.com/j/16009283473, or alternatively, Mtg ID: 160 0928 3473** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

    **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

    In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **10/21/24.**

                                                             <u>Jeffery A. Deller</u>
                                                          United States Bankruptcy Judge

cm: **All Parties**

**\* For hearings scheduled in Johnstown, Pennsylvania, please be advised that the video Conferencing equipment will be utilized. This will allow the parties to appear at either Courtroom B in Johnstown, Pennsylvania, or in Courtroom D, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania,**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-70387-JAD |
| Brian K Young | Chapter 13 |
| Tonya R Young | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 1 of 3 |
| Date Rcvd: Aug 27, 2024 | Form ID: 408 | Total Noticed: 27 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^          Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 29, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Brian K Young, Tonya R Young, 1 Hope Street, Du Bois, PA 15801-2107 |
| 15450745 | + | BARCLAYS MORTGAGE TRUST 2021-NPL1,, MORTGAGE-BACKED SECURITIES, SERIES, c/o Jill Manuel-Coughlin, 8 Neshaminy Interplex, Suite 215, Trevose, PA 19053-6980 |
| 15077609 | + | Cbcs, Po Box 2076, Columbus, OH 43216-2076 |
| 15118163 | | Ditech Financial LLC, P.O. Box 12740, Tempe, AZ 85284-0046 |
| 15077611 | | Ditech Financial Llc, Po Box 6172, Rapid City, SD 57709 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 28 2024 00:01:57 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 27 2024 23:41:53 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 27 2024 23:41:53 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | ^ | MEBN | Aug 27 2024 23:36:38 | U.S. Bank National Association, as Indenture Trust, Padgett Law Group, 6267 Old Water Oak Road, Suite 203, Tallahassee, FL 32312, UNITED STATES 32312-3858 |
| 15077606 | ^ | MEBN | Aug 27 2024 23:33:42 | Apex Asset, 2501 Oregon Pike, Lancaster, PA 17601-4890 |
| 15077607 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Aug 27 2024 23:41:56 | Capital One Auto Finan, Po Box 259407, Plano, TX 75025-9407 |
| 15099545 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 27 2024 23:40:13 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15077608 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 27 2024 23:41:56 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15077610 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Aug 27 2024 23:45:00 | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 15077612 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Aug 28 2024 00:00:46 | First Premier Bank, 601 South Minnesota Aven, Sioux Falls, SD 57104-4868 |
| 15077613 | ^ | MEBN | Aug 27 2024 23:35:45 | KML Law Group, P.C., Suite 5000-BNY Independence Center, 701 Market Street, Philadelphia, PA 19106-1538 |
| 15082297 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 28 2024 00:01:53 | LVNV Funding, LLC, Resurgent Capital Services, |

| District/off: 0315-7 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 27, 2024 | Form ID: 408 | Total Noticed: 27 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | PO Box 10587, Greenville, SC 29603-0587 |
| 15184848 | | Email/Text: mtgbk@shellpointmtg.com | Aug 27 2024 23:43:00 | New Residential Mortgage LLC, P.O. Box 10826, Greenville, SC 29603-0826 |
| 15117262 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 27 2024 23:40:26 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15077614 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 28 2024 00:00:38 | Portfolio Recov Assoc, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 15079215 | ^ | MEBN | Aug 27 2024 23:37:07 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15077615 | + | Email/Text: famc-bk@1stassociates.com | Aug 27 2024 23:44:00 | Tbom/total Crd, Po Box 85710, Sioux Falls, SD 57118-5710 |
| 15814120 | + | Email/Text: mtgbk@shellpointmtg.com | Aug 27 2024 23:43:00 | U.S. Bank National Association, c/o Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 15084218 | | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Aug 27 2024 23:45:00 | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973 |
| 15087184 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Aug 27 2024 23:45:00 | US Department of Education c/o Nelnet,, 121 South 13th Street, Suite 201,, Lincoln, NE 68508-1911 |
| 15077616 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Aug 27 2024 23:45:00 | Us Dept Of Ed/glelsi, Po Box 7860, Madison, WI 53707-7860 |
| 15110576 | | Email/PDF: ebn_ais@aisinfo.com | Aug 27 2024 23:41:58 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | BARCLAYS MORTGAGE TRUST 2021-NPL1, MORTGAGE-BACKED |
| cr | | Ditech Financial LLC |
| cr | | New Residential Mortgage LLC |
| cr | | NewRez LLC d/b/a Shellpoint Mortgage Servicing |
| cr | | NewRez LLC d/b/a Shellpoint Mortgage Servicing |
| cr | * | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 5 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 29, 2024          Signature:     /s/Gustava Winters

| District/off: 0315-7 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Aug 27, 2024 | Form ID: 408 | Total Noticed: 27 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 27, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor Ditech Financial LLC dcarlon@kmllawgroup.com |
| Harry B. Reese | on behalf of Creditor BARCLAYS MORTGAGE TRUST 2021-NPL1  MORTGAGE-BACKED SECURITIES, SERIES 2021-NPL1, BY U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE bankruptcy@powerskirn.com |
| Jill Manuel-Coughlin | on behalf of Creditor BARCLAYS MORTGAGE TRUST 2021-NPL1  MORTGAGE-BACKED SECURITIES, SERIES 2021-NPL1, BY U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE bankruptcy@powerskirn.com |
| Karina Velter | on behalf of Creditor BARCLAYS MORTGAGE TRUST 2021-NPL1  MORTGAGE-BACKED SECURITIES, SERIES 2021-NPL1, BY U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE karina.velter@powerskirn.com, Kaitlyn.Pemper@powerskirn.com |
| Kenneth P. Seitz | on behalf of Joint Debtor Tonya R Young thedebterasers@aol.com |
| Kenneth P. Seitz | on behalf of Debtor Brian K Young thedebterasers@aol.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 8