**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br><br> BRIAN K YOUNG <br> TONYA R YOUNG <br>         Debtor(s) <br><br> Ronda J. Winnecour <br> Chapter 13 Trustee, <br>         Movant <br>           vs. <br> No Respondents. | Case No.:19-70387 JAD <br><br> Chapter 13 <br><br> Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

  1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

  2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

  3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

   4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

  **Wherefore**, the Trustee requests that the Court,

  1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
  2. Approve the Trustee's Report of Receipts and Disbursements,
  3. Terminate wage attachments,
  4. Revest property of the estate in the debtor(s), and
  5. Enter a final decree and close this case.

August 26, 2024

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 06/27/2019 and confirmed on 10/9/19. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 28,287.96 |
| Less Refunds to Debtor | 465.09 | |
| TOTAL AMOUNT OF PLAN FUND | | 27,822.87 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 3,619.00 | |
|    Trustee Fee | 1,470.51 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 5,089.51 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   US BANK NA - INDENTURE TRUSTEE OBC | 0.00 | 12,523.71 | 0.00 | 12,523.71 |
|     Acct: 4392 | | | | |
|   US BANK NA - INDENTURE TRUSTEE OBC | 8,907.92 | 8,907.92 | 0.00 | 8,907.92 |
|     Acct: 4392 | | | | |
| | | | | 21,431.63 |
| **Priority** | | | | |
|   KENNETH P SEITZ ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BRIAN K YOUNG | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BRIAN K YOUNG | 260.77 | 260.77 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BRIAN K YOUNG | 204.32 | 204.32 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LAW OFFICES OF KENNETH P SEITZ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KENNETH P SEITZ ESQ | 3,619.00 | 3,619.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
|   APEX ASSET | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1839 | | | | |
|   APEX ASSET | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1505 | | | | |
|   APEX ASSET | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2689 | | | | |
|   APEX ASSET | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6400 | | | | |
|   APEX ASSET | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7657 | | | | |
|   APEX ASSET | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0699 | | | | |
|   APEX ASSET | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | Acct: 8824 | | | | |
| | APEX ASSET | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1602 | | | | |
| | APEX ASSET | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1419 | | | | |
| | APEX ASSET | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4798 | | | | |
| | APEX ASSET | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2604 | | | | |
| | APEX ASSET | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7094 | | | | |
| | APEX ASSET | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0253 | | | | |
| | APEX ASSET | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4482 | | | | |
| | APEX ASSET | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6637 | | | | |
| | APEX ASSET | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1518 | | | | |
| | CAPITAL ONE AUTO FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1001 | | | | |
| | CAPITAL ONE BANK (USA) NA BY AMERIC, | 470.12 | 4.40 | 0.00 | 4.40 |
| | Acct: 7850 | | | | |
| | CBCS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1261 | | | | |
| | CBCS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1933 | | | | |
| | US DEPARTMENT OF EDUCATION | 58,193.38 | 544.33 | 0.00 | 544.33 |
| | Acct: 4762 | | | | |
| | US DEPARTMENT OF EDUCATION - NELN | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2865 | | | | |
| | FIRST PREMIER BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1095 | | | | |
| | PRA/PORTFOLIO RECOVERY ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5745 | | | | |
| | PRA/PORTFOLIO RECOVERY ASSOC | 458.43 | 4.29 | 0.00 | 4.29 |
| | Acct: 2498 | | | | |
| | PRA/PORTFOLIO RECOVERY ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6998 | | | | |
| | TBOM RETAIL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5224 | | | | |
| | TBOM RETAIL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1277 | | | | |
| | US DEPARTMENT OF EDUCATION | 79,082.09 | 739.72 | 0.00 | 739.72 |
| | Acct: 7562 | | | | |
| | LVNV FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7161 | | | | |
| | VERIZON BY AMERICAN INFOSOURCE AS | 961.13 | 8.99 | 0.00 | 8.99 |
| | Acct: 0001 | | | | |
| | LVNV FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8838 | | | | |
| | SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8470 | | | | |
| | AIS PORTFOLIO SERVICES (AMERICAN IN | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | KML LAW GROUP PC** (FRMRLY BRIAN C | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | POWERS KIRN LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |

19-70387 JAD                                                                          Page 3 of 3

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| | | | | | 1,301.73 |
| **TOTAL PAID TO CREDITORS** | | | | | **22,733.36** |

TOTAL CLAIMED
PRIORITY           0.00
SECURED       8,907.92
UNSECURED   139,165.15

Date: 08/26/2024

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>   BRIAN K YOUNG<br>   TONYA R YOUNG<br>        Debtor(s)<br><br>   Ronda J. Winnecour<br>        Movant<br>        vs.<br>   No Repondents. | Case No.:19-70387 JAD<br><br>Chapter 13<br><br>Document No.: |

## ORDER OF COURT

AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-70387-JAD |
| Brian K Young | Chapter 13 |
| Tonya R Young | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 1 of 3 |
| Date Rcvd: Aug 27, 2024 | Form ID: pdf900 | Total Noticed: 27 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 29, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Brian K Young, Tonya R Young, 1 Hope Street, Du Bois, PA 15801-2107 |
| 15450745 | + | BARCLAYS MORTGAGE TRUST 2021-NPL1,, MORTGAGE-BACKED SECURITIES, SERIES, c/o Jill Manuel-Coughlin, 8 Neshaminy Interplex, Suite 215, Trevose, PA 19053-6980 |
| 15077609 | + | Cbcs, Po Box 2076, Columbus, OH 43216-2076 |
| 15118163 | | Ditech Financial LLC, P.O. Box 12740, Tempe, AZ 85284-0046 |
| 15077611 | | Ditech Financial Llc, Po Box 6172, Rapid City, SD 57709 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 28 2024 00:02:29 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 28 2024 00:01:53 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 27 2024 23:41:08 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | ^ | MEBN | Aug 27 2024 23:36:39 | U.S. Bank National Association, as Indenture Trust, Padgett Law Group, 6267 Old Water Oak Road, Suite 203, Tallahassee, FL 32312, UNITED STATES 32312-3858 |
| 15077606 | ^ | MEBN | Aug 27 2024 23:33:45 | Apex Asset, 2501 Oregon Pike, Lancaster, PA 17601-4890 |
| 15077607 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Aug 28 2024 00:20:29 | Capital One Auto Finan, Po Box 259407, Plano, TX 75025-9407 |
| 15099545 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 28 2024 00:00:42 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15077608 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 28 2024 00:20:24 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15077610 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Aug 27 2024 23:45:00 | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 15077612 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Aug 28 2024 00:00:49 | First Premier Bank, 601 South Minnesota Aven, Sioux Falls, SD 57104-4868 |
| 15077613 | ^ | MEBN | Aug 27 2024 23:35:48 | KML Law Group, P.C., Suite 5000-BNY Independence Center, 701 Market Street, Philadelphia, PA 19106-1538 |
| 15082297 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 28 2024 00:01:57 | LVNV Funding, LLC, Resurgent Capital Services, |

Case 19-70387-JAD   Doc 84   Filed 08/29/24   Entered 08/30/24 00:31:09   Desc Imaged
Certificate of Notice   Page 7 of 8

| District/off: 0315-7 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 27, 2024 | Form ID: pdf900 | Total Noticed: 27 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | PO Box 10587, Greenville, SC 29603-0587 |
| 15184848 | | Email/Text: mtgbk@shellpointmtg.com | Aug 27 2024 23:43:00 | New Residential Mortgage LLC, P.O. Box 10826, Greenville, SC 29603-0826 |
| 15117262 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 28 2024 00:20:45 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15077614 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 27 2024 23:41:53 | Portfolio Recov Assoc, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 15079215 | ^ | MEBN | Aug 27 2024 23:37:07 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15077615 | + | Email/Text: famc-bk@1stassociates.com | Aug 27 2024 23:44:00 | Tbom/total Crd, Po Box 85710, Sioux Falls, SD 57118-5710 |
| 15814120 | + | Email/Text: mtgbk@shellpointmtg.com | Aug 27 2024 23:43:00 | U.S. Bank National Association, c/o Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 15084218 | | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Aug 27 2024 23:45:00 | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973 |
| 15087184 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Aug 27 2024 23:45:00 | US Department of Education c/o Nelnet,, 121 South 13th Street, Suite 201,, Lincoln, NE 68508-1911 |
| 15077616 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Aug 27 2024 23:45:00 | Us Dept Of Ed/glelsi, Po Box 7860, Madison, WI 53707-7860 |
| 15110576 | | Email/PDF: ebn_ais@aisinfo.com | Aug 28 2024 00:00:30 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 22

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | BARCLAYS MORTGAGE TRUST 2021-NPL1, MORTGAGE-BACKED |
| cr | | Ditech Financial LLC |
| cr | | New Residential Mortgage LLC |
| cr | | NewRez LLC d/b/a Shellpoint Mortgage Servicing |
| cr | | NewRez LLC d/b/a Shellpoint Mortgage Servicing |
| cr | * | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 5 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 29, 2024            Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 26, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor Ditech Financial LLC dcarlon@kmllawgroup.com |
| Harry B. Reese | on behalf of Creditor BARCLAYS MORTGAGE TRUST 2021-NPL1 MORTGAGE-BACKED SECURITIES, SERIES 2021-NPL1, BY U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE bankruptcy@powerskirn.com |
| Jill Manuel-Coughlin | on behalf of Creditor BARCLAYS MORTGAGE TRUST 2021-NPL1 MORTGAGE-BACKED SECURITIES, SERIES 2021-NPL1, BY U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE bankruptcy@powerskirn.com |
| Karina Velter | on behalf of Creditor BARCLAYS MORTGAGE TRUST 2021-NPL1 MORTGAGE-BACKED SECURITIES, SERIES 2021-NPL1, BY U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE karina.velter@powerskirn.com, Kaitlyn.Pemper@powerskirn.com |
| Kenneth P. Seitz | on behalf of Joint Debtor Tonya R Young thedebterasers@aol.com |
| Kenneth P. Seitz | on behalf of Debtor Brian K Young thedebterasers@aol.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 8